UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3649 GHK (MRWx) | Date | July 8, 2015 |
|---|---|---|---|
| Title | Longview Financial Group v. Branyan | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS

Plaintiff Longview Financial Group applied for an order to conduct a judgment debtor examination in this civil action. (Docket # 8.) The Court granted the application and set the matter for a hearing on July 8. (Docket # 9.) However, Plaintiff's attorney did not appear at the hearing. Further, in advance of the hearing, Plaintiff's lawyer neither filed a proof of service of the order on the judgment debtor nor requested a postponement of the hearing.

IT IS THEREFORE ORDERED that attorney Dawil Sully will show cause why sanctions should not be personally imposed in this matter. Attorney Sully may discharge this OSC by submitting a declaration (not to exceed 3 pages) regarding the failure to attend the hearing by July 15. Additionally, Plaintiff will promptly inform the Court whether it intends to reapply for a further examination of the judgment debtor.